IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARY DEATHERAGE,** | ) |
| Plaintiff, | ) |
| v. | ) Civil No. **06-327-DRH** |
| **DAVID ROTH, VANTAGE HOMES, INC, EMMERSON BUIE, UNITED STATES of AMERICA, CITY of FAIRVIEW HEIGHTS, and GINA KANE,** | ) |
| Defendants. | ) |

### ORDER

**PROUD, Magistrate Judge:**

I hereby **RECUSE** myself from all participation in the above-captioned case. The Clerk of Court is hereby directed to immediately reassign this case to a different U.S. Magistrate Judge.

**IT IS SO ORDERED.**

DATED: May 30, 2006.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**

Case is referred to U.S. Magistrate Judge Donald G. Wilkerson for pretrial nondispositive motions.