IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARY DEATHERGE,**

**Plaintiff,**

v.

**DAVID ROTH et al.,**

**Defendants.**                                   **No. 06-CV-327-DRH**

### ORDER

**HERNDON, District Judge:**

The above-captioned case, removed to this Court on April 26, 2006, is related to and shares common issues with the earlier-filed case of *Deatherge v. Roth et al.*, No. 05-CV-107-MJR. That case was before the Honorable Michael J. Reagan. The instant case is pending before the undersigned District Judge. Cognizant of the Seventh Circuit's position that related cases filed within the same U.S. District Court should be transferred to (or consolidated before) a single District Judge, ***see, e.g. Smith v. Check-N-Go of Illinois, Inc.*, 200 F.3d 511, 513 n.1 (7th Cir. 1999);** ***Blair v. Equifax Check Services, Inc.*, 181 F.3d 832, 839 (7th Cir. 1999)**, the Court **TRANSFERS** the above case to Judge Reagan for further proceedings. All further pleadings shall bear the case number 06-CV-327-MJR.

**IT IS SO ORDERED.**

Signed this 2nd day of June, 2005.

/s/        David    RHerndon
**United States District Judge**